

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angel F. Terrazas and Norma Y. Terrazas | Civil Action No. 13cv00133-BEN-MDD |
| **Plaintiff,** | |
| V. | |
| Wells Fargo Bank, N.A. and Colfin AI-CA4, LLC | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Motion to Dismiss is Granted and the action is Dismissed with Prejudice.

Date:   2/11/14

CLERK OF COURT
JOHN MORRILL, Acting Clerk of Court
By:  s/ V. Mosqueda
   V. Mosqueda, Deputy